IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08MJ92 |
| JULIO HERNANDEZ-GONZALES, | ) ) | **ORDER** |
| Defendant. | ) | |

    Defendant has filed a Waiver of Preliminary Examination [11]. For that reason, the hearing on May 13, 2008 is cancelled and the defendant is held for further proceedings in the District of Nebraska.

    IT IS SO ORDERED.

    DATED this 14th day of May, 2008.

                                                     BY THE COURT:

                                                     s/ F.A. Gossett
                                                     United States Magistrate Judge